UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HACIENDA CARBALLO, LLC a/k/a      CASE NO.: 2:22-cv-00118
D&B PROPERTIES OF MIAMI, LLC a/k/a
ALOE DISTRIBUTORS INC a/k/a ALOE FARMS
    Plaintiff,
vs.

COLONY INSURANCE COMPANY,
    Defendant.
_____/

### PLAINTIFF'S MOTION TO COMPEL DEPOSITION DATES

COMES NOW Plaintiff, Hacienda Carballo, LLC, by and through undersigned counsel. and files this Motion to Compel Deposition Dates and in support thereof states as follows:

1. This is a first-party property insurance dispute concerning damages to Plaintiffs' property that occurred on April 23, 2021.

2. On or about January 27, 2022, Plaintiffs filed suit against Defendant for a breach of contract.

3. Undersigned counsel has made multiple requests to schedule the deposition of the Corporate Representative of Colony Insurance Company; and (ii) the field adjuster employed by Defendant to inspect the Property.

4. Plaintiff's counsel has requested dates for the Corporate Representative no less than thirty-six (36) times. Requests were made on:

    a. March 29, 2022;

    b. April 08, 2022;

    c. April 19, 2022;

    d. April 26, 2022;

    e. July 27, 2022;

    f. August 31, 2022;

g. September 19, 2022;

h. September 23, 2022;

i. October 05, 2022;

j. October 20, 2022;

k. November 02 2022;

l. November 09, 2022;

m. December 01, 2022;

n. December 02, 2022;

o. December 07, 2022;

p. December 19, 2022;

q. December 20, 2022;

r. Deember 28, 2022;

s. February 02, 2023;

t. March 01, 2023;

u. March 03, 2023;

v. March 08, 2023;

w. March 09 2023;

x. March 10, 2023;

y. March 13, 2023;

z. March 22, 2023;

aa. March 27, 2023

bb. April 12, 2023;

cc. April 19, 2023;

dd. May 24, 2023;

      ee. May 25, 2023;

      ff. May 30, 2023;

      gg. June 20, 2023;

      hh. June 29, 2023;

      ii. July 13, 2023;

      jj. and August 16, 2023.

5. Counsel has also made a number of requests for the deposition of the Defendant's Field Adjuster.

6. To date, the Defendant has not provided deposition dates or a timeframe as to when we may expect the same.

7. Plaintiffs' position is that it is proper under Federal Rule of Civ. P. 30(a)(1) to request the deposition of these witnesses from the Defendant.

8. Accordingly, Defendant should be compelled, pursuant to Federal Rule of Civ. P. 37, to produce possible dates for the deponents within the next five (5) days for the depositions to take place within the next sixty (60) days.

9. Granting the relief sought herein will serve the dual interest of justice and fair dealing.

10. The undersigned certifies that a good faith effort was made to obtain the deposition dates prior to the filing of this Motion.

WHEREFORE, Plaintiff, Hacienda Carballo, respectfully request the Court to enter an Order granting the relief sought herein, and any other relief deemed just and proper.

**CERTIFICATE OF SERVICE**

I Hereby Certify that on this 17th day of August 2023, a true and correct copy of the foregoing was electronically filed using CM/ECF and electronically mailed to: Robert Darroch, Esq., Counsel for Defendant at rdarroch@gm-llp.com.

Respectfully submitted,

**The Law Office of Grey and Mourin, P.A.**
1400 NW 10th Ave, Suite RG-6
Miami, Florida 33136
Tel: (305) 325-8119
Fax: (305) 325-0569
Primary e-mail: eservice@greyandmourin.com
Secondary e-mail: lana@greyandmourin.com

*/s/ Lana Cucchiella*
LANA CUCCHIELLA, ESQ.
FLORIDA BAR NO. 88997