UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HACIENDA CARBALLO, LLC,

    Plaintiff,

v.                                              Case No.:  2:22-cv-118-JLB-KCD

COLONY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

This matter was before the Court for oral argument on several discovery motions. (Doc. 66.) For the reasons stated on the record, the Court now **ORDERS**:

1. Plaintiff's Motion to Compel (Doc. 39) is **GRANTED IN PART AND DENIED IN PART**. Within seven days of this Order, the parties must meet and confer to select mutually agreeable dates and times for the witness depositions discussed.

2. Plaintiff's Motion for Extension of Pre-Trial Deadlines (Doc. 40) is **GRANTED**. The Court will issue a new scheduling order that reflects the additional discovery period awarded.

3. Defendant's Motion to Compel (Doc. 47) is **GRANTED IN PART AND DENIED IN PART**. Within seven days of this Order, the parties must

meet and confer to select mutually agreeable dates and times for the deposition of Mr. Rojas.

    4.    The Court **DENIES** all requests for fees and sanctions. **ENTERED** in Fort Myers, Florida on August 31, 2023.

                                  Kyle C. Dudek
                                  United States Magistrate Judge

Copies:  All Parties of Record