UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HACIENDA CARBALLO, LLC a/k/a
D&B PROPERTIES OF MIAMI, LLC a/k/a
ALOE DISTRIBUTORS INC a/k/a ALOE FARMS
 Plaintiff,
vs.
COLONY INSURANCE COMPANY,
 Defendant.
_____/

CASE NO.: 2:22-cv-00118

## NOTICE OF SETTLEMENT

 Plaintiffs, HACIENDA CARBALLO, LLC a/k/a D&B PROPERTIES OF MIAMI, LLC a/k/a ALOE DISTRIBUTORS INC a/k/a ALOE FARMS, and Defendant, COLONY INSURANCE COMPANY, hereby provide notice that Plaintiff and Defendant have amicably settled this matter and this case will not go forward. The Court is to retain jurisdiction to enforce the terms of the Full and Final Release.

 Respectfully submitted,

**S/Juan Mourin**
**Juan Mourin**, Attorney for Plaintiff
Florida Bar No. 103438

## CERTIFICATE OF SERVICE

 I Hereby Certify that on this 26th day of February 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and was electronically served upon all parties entitled to notice.

**The Law Offices of Grey & Mourin, P.A.**
Counsel for the Insured
1400 SW 10th Ave., Ste. RG-6
Miami, Florida 33136
Telephone No. (305) 325-8119
Facsimile No. (305) 325-0569
Email: eservice@greyandmourin.com
Secondary Email: lana@greyandmourin.com

By:**/s/Juan Mourin, Esq.**
 Juan Mourin, Esq.
 Florida Bar No. 103438