UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HACIENDA CARBALLO, LLC a/k/a
D&B PROPERTIES OF MIAMI, LLC
a/k/a ALOE DISTRIBUTORS,
INC., a/k/a Aloe Farms,

    Plaintiff,

v.                             Case No: 2:22-cv-118-JES-KCD

COLONY INSURANCE COMPANY,

    Defendant.
_____

**ORDER**

On February 26, 2025, the Court entered an Order (Doc. #127) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this   27th   day of March 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record